### 12353.   MANNING *v.* DUKES.

BLOODWORTH, J.   No error of law is complained of. " A verdict supported by any evidence, however slight, and approved by the trial judge, can not be interfered with by this court. The evidence is sufficient in this case." *McCain* v. *State,* 23 *Ga. App.* 320 (2) (98 S. E. 191).   *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED OCTOBER 6, 1921.

Complaint; from city court of Soperton — Judge Wallace. March 12, 1921.

*L. C. Underwood, A. C. Saffold, Will Stallings,* for plaintiff in error.

*N. L. Gillis Jr.,* contra.